IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 1:15-cr-2611-JMC

v.

PATRICIA RODRIGUEZ,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SUPERVISED RELEASE HEARING AND SETTING MOTION HEARING ON DEFENDANT'S EX PARTE MOTION (DOC. NO. 16)

On June 14, 2018, Defendant filed an Unopposed Motion to Continue Supervised Release Hearing. In that motion, Defendant states that she needs additional time to subpoena witnesses and ensure her experts' attendance at the hearing. The sentencing hearing in this matter currently is scheduled on June 21, 2018. Defendant's counsel represents that the United States does not oppose the motion to continue the sentencing hearing in this matter.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Unopposed Motion to Continue Supervised Release Hearing (Doc. 28) and CONTINUES GENERALLY Defendant's Sentencing Hearing.

Counsel for Defendant is ORDERED to appear before this Court on **June 21, 2018 at 2:30 p.m.** for a hearing on Defendant's ex part motion (doc. 16) at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico in the 340 Pecos Courtroom

IT IS SO ORDERED.

Entered for the Court
this the 15th day of June, 2018

<u>/s/ Joel M. Carson III      </u>
Joel M. Carson III
United States Circuit Judge
Sitting by Designation