IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 1:15-cr-2611-JMC

v.

PATRICIA RODRIGUEZ,

    Defendant.

**ORDER GRANTING MOTION TO DISMISS PETITION
FOR REVOCATION OF SUPERVISED RELEASE**

On June 20, 2018, Defendant filed a Motion to Petition for Revocation of Supervised Release. In that motion, Defendant states that the United States Attorney and the United States Probation and Pretrial Services do not oppose dismissal of the pending Petition for Revocation of Supervised Release.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Motion to Dismiss Petition for Revocation of Supervised Release (Doc. 31).

IT IS SO ORDERED.

                                                                               Entered for the Court
                                                                               this the 25th day of June, 2018

                                                                               /s/ Joel M. Carson III_____
                                                                               Joel M. Carson III
                                                                               United States Circuit Judge
                                                                               Sitting by Designation